**Exhibit A to the Complaint**

**Location:** New York, NY  
**Total Works Infringed:** 40

**IP Address:** 209.122.234.129  
**ISP:** RCN

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 88F141141A30BFF7CE73552E3E170D8D0E470CBF | Blacked Raw | 10/06/2018 01:37:10 | 10/04/2018 | 10/16/2018 | PA0002127787 |
| 2 | 15767B4CF1BDB5ADD8DC3544393A9C265AFAA5B5 | Blacked | 12/28/2017 07:10:35 | 12/16/2017 | 01/24/2018 | PA0002101762 |
| 3 | 1D4049513062B062CD16BC94DD23B350354A4D2C | Blacked Raw | 02/03/2018 04:48:49 | 01/27/2018 | 03/02/2018 | PA0002104873 |
| 4 | 1E30CD089A57F0DDC28EA43870B6C93F25DC8498 | Blacked Raw | 09/22/2018 00:10:10 | 09/14/2018 | 11/01/2018 | 17093717743 |
| 5 | 1E5531EA668F7F8218BE20D6D5BF46FAB3DC5E34 | Blacked Raw | 09/22/2018 01:35:08 | 08/30/2018 | 10/16/2018 | PA0002127777 |
| 6 | 21E262CE5356082B3CDE917564BE91B011CB1EF7 | Blacked Raw | 02/03/2018 04:59:15 | 12/18/2017 | 01/23/2018 | PA0002101753 |
| 7 | 228CEAE1221ED9D9DD73CB0CBDF21E1D3136C8C1 | Blacked Raw | 02/03/2018 05:19:44 | 02/01/2018 | 02/20/2018 | PA0002104206 |
| 8 | 28F94F30A942C1A433243BEF5077E036528DDAF8 | Blacked Raw | 02/03/2018 05:00:30 | 11/08/2017 | 12/04/2017 | PA0002097993 |
| 9 | 2B1BABC882B4895DC5408D9D21BB65F93F3BEEC8 | Blacked Raw | 09/22/2018 00:15:15 | 08/10/2018 | 09/05/2018 | PA0002135668 |
| 10 | 2D0A58AC281F78D3727962D95C09C7F154AE8142 | Blacked Raw | 02/03/2018 04:49:09 | 01/02/2018 | 01/26/2018 | PA0002101761 |
| 11 | 2D9075EBB1F26DF17BDDA3A97A44F322D12AFCB4 | Blacked Raw | 02/03/2018 04:56:04 | 01/12/2018 | 01/23/2018 | PA0002101755 |
| 12 | 2F73A144B780B7D386C021B9DFCA2C674931DEE8 | Blacked | 03/31/2018 01:43:54 | 03/21/2018 | 04/12/2018 | PA0002091520 |
| 13 | 31148997CD9F0DD687B5322CE359E163DE2BFAA7 | Blacked | 12/28/2017 07:11:12 | 12/26/2017 | 01/24/2018 | PA0002101758 |
| 14 | 32746C698A142D414674E13A5EC1C7491E5C2055 | Blacked | 02/26/2018 02:40:19 | 02/19/2018 | 03/02/2018 | PA0002104735 |
| 15 | 3350AD6ED2ECD3F20CA9BFAB853A3CED164589B0 | Blacked Raw | 09/22/2018 00:09:19 | 08/05/2018 | 09/01/2018 | PA0002119682 |
| 16 | 35F1FF1A35600AEA1A436340DA1944BD3C3A0D3A | Blacked Raw | 09/22/2018 00:14:30 | 07/26/2018 | 09/01/2018 | PA0002119594 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 37169DE42EF502B42C2088D3ECF0802222968CF8 | Blacked Raw | 09/22/2018 00:17:50 | 07/31/2018 | 09/05/2018 | PA0002134603 |
| 18 | 3AF67ADE722E77AF5C23A9FB165F53CADB24E1AC | Blacked Raw | 02/03/2018 05:04:22 | 11/28/2017 | 01/04/2018 | PA0002097446 |
| 19 | 43AF666D13FBC2B12953D257F6CA4935FC3CD7B5 | Blacked Raw | 02/03/2018 04:51:52 | 01/07/2018 | 01/24/2018 | PA0002101759 |
| 20 | 50759CA5CFAA4ED7A53C06CF8F524D21691C6587 | Blacked | 10/05/2017 21:22:47 | 09/27/2017 | 10/10/2017 | PA0002057451 |
| 21 | 57D55CF2E1C375BBFAB76A1226219452189BF550 | Blacked Raw | 02/03/2018 04:57:43 | 12/03/2017 | 01/04/2018 | PA0002097460 |
| 22 | 5D16EC2FE6C9F9FA9F5476C90525208D413532F1 | Blacked | 08/23/2018 23:05:01 | 06/29/2018 | 07/26/2018 | PA0002112160 |
| 23 | 628B68825D76E58E7D4FD13905CECE3D6CAFF612 | Blacked | 08/23/2018 23:03:01 | 08/18/2018 | 09/05/2018 | PA0002135664 |
| 24 | 6671533EE8277923DF4254534389F8630C5BF901 | Blacked | 12/22/2017 01:22:31 | 11/16/2017 | 11/21/2017 | PA0002098042 |
| 25 | 739EB8A76A0350F7CA58F6464551E732BCED35C1 | Blacked Raw | 02/03/2018 05:11:07 | 11/03/2017 | 12/04/2017 | PA0002098024 |
| 26 | 763A6FC5F201546394575CD7601D8C2D7DBD3AE7 | Blacked Raw | 09/22/2018 00:12:58 | 09/04/2018 | 11/01/2018 | 17093718081 |
| 27 | 7AA9EE0B623B3876BDBBB4854D311BA014697009 | Blacked | 12/22/2017 05:08:56 | 11/11/2017 | 11/27/2017 | PA0002098000 |
| 28 | 8380829FBFACEF0EE48B37AF15910E96A5E8329C | Blacked Raw | 02/03/2018 04:51:25 | 12/23/2017 | 01/15/2018 | PA0002099706 |
| 29 | 83B2F9CA22105C972F55D81AEFE628606713A3F4 | Blacked Raw | 09/22/2018 00:13:39 | 08/25/2018 | 10/16/2018 | PA0002127783 |
| 30 | 83E5CC90978D29577233ED709F7716D44CA1DC25 | Blacked | 04/20/2018 03:39:54 | 04/10/2018 | 05/23/2018 | PA0002101304 |
| 31 | 87894E3FA489B812EA1EDF9CCFE61C6FABBFFFED | Blacked | 12/22/2017 05:39:37 | 12/01/2017 | 01/04/2018 | PA0002097436 |
| 32 | 963232B05435B68AAF26F8CA9D942BB02B953191 | Blacked Raw | 02/03/2018 05:16:35 | 11/13/2017 | 11/30/2017 | PA0002098039 |
| 33 | A89525172FC31E96791A5091366B3B562DA0B84A | Blacked Raw | 09/22/2018 00:14:16 | 08/15/2018 | 09/01/2018 | PA0002119585 |
| 34 | A9FF16CDC03C1B6ED730F17446185E2DDDDC0812 | Blacked Raw | 09/22/2018 00:16:10 | 09/09/2018 | 10/16/2018 | PA0002127792 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | BE3C7E08A25F7E1BAB1ADBA3B168C1BF40ABB688 | Blacked Raw | 02/03/2018 05:03:02 | 12/28/2017 | 01/24/2018 | PA0002101763 |
| 36 | BF0780F2FFDA83874CCA51107D499AED2E52AD92 | Blacked Raw | 02/03/2018 05:15:29 | 12/08/2017 | 01/02/2018 | PA0002097423 |
| 37 | C8C2E5C41A5FD8B5D3E13C55DFEE59A6382FD068 | Blacked | 12/22/2017 02:09:31 | 11/26/2017 | 01/04/2018 | PA0002069346 |
| 38 | CD6294A1E374A9314470B69751116A79B32C1E56 | Blacked Raw | 02/03/2018 05:03:58 | 11/18/2017 | 01/02/2018 | PA0002068867 |
| 39 | E10259BB09AFE9410D944641E94048900ADEF0F2 | Blacked | 12/22/2017 01:22:20 | 12/11/2017 | 01/04/2018 | PA0002097429 |
| 40 | F32C31E4B99A1FD318098B5330FCF39BC3CAA4F3 | Blacked | 03/31/2018 03:29:32 | 03/26/2018 | 04/12/2018 | PA0002091525 |