✎ AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.  18-cv-11328-RA | U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| DATE FILED  12/5/2018 | 500 PEARL STREET, NEW YORK, N.Y. 10007 |
| PLAINTIFF<br>Strike 3 Holdings, LLC | DEFENDANT<br>John Doe<br>as subscriber assigned IP address 209.122.234.129 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1  See Attached List | See Attached List | See Attached List |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1  See Attached List | See Attached List | See Attached List |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☑ No | DATE RENDERED<br>5/2/2019 |
|---|---|---|
| CLERK<br>Ruby J. Krajick | (BY) DEPUTY CLERK<br>s/K.Mango | DATE<br>5/2/2019 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 209.122.234.129,<br><br>    Defendant. | Civil Action No. 1:18-cv-11328-RA |

PLAINTIFF'S NOTICE OF SETTLEMENT AND
VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff Strike 3 Holdings, LLC ("Plaintiff") has settled this matter with John Doe, subscriber assigned IP address 209.122.234.129 ("Defendant"), through Defendant's counsel, Robert Cashman, Esq. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  May 2, 2019      Respectfully submitted,

              By: /s/ *Jacqueline M. James*__
                 Jacqueline M. James, Esq. (#1845)
                 The James Law Firm, PLLC
                 445 Hamilton Avenue, Suite 1102
                 White Plains, New York 10601
                 T: 914-358-6423
                 F: 914-358-6424
                 E-mail: jjames@jacquelinejameslaw.com
                 *Attorneys for Plaintiff*

Case 1:18-cv-11328-RA   Document 12   Filed 05/02/19   Page 3 of 6

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Jacqueline M. James*
Jacqueline M. James, Esq.

**Exhibit A to the Complaint**

**Location:** New York, NY  
**Total Works Infringed:** 40

**IP Address:** 209.122.234.129  
**ISP:** RCN

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 88F141141A30BFF7CE73552E3E170D8D0E470CBF | Blacked Raw | 10/06/2018 01:37:10 | 10/04/2018 | 10/16/2018 | PA0002127787 |
| 2 | 15767B4CF1BDB5ADD8DC3544393A9C265AFAA5B5 | Blacked | 12/28/2017 07:10:35 | 12/16/2017 | 01/24/2018 | PA0002101762 |
| 3 | 1D4049513062B062CD16BC94DD23B350354A4D2C | Blacked Raw | 02/03/2018 04:48:49 | 01/27/2018 | 03/02/2018 | PA0002104873 |
| 4 | 1E30CD089A57F0DDC28EA43870B6C93F25DC8498 | Blacked Raw | 09/22/2018 00:10:10 | 09/14/2018 | 11/01/2018 | 17093717743 |
| 5 | 1E5531EA668F7F8218BE20D6D5BF46FAB3DC5E34 | Blacked Raw | 09/22/2018 01:35:08 | 08/30/2018 | 10/16/2018 | PA0002127777 |
| 6 | 21E262CE5356082B3CDE917564BE91B011CB1EF7 | Blacked Raw | 02/03/2018 04:59:15 | 12/18/2017 | 01/23/2018 | PA0002101753 |
| 7 | 228CEAE1221ED9D9DD73CB0CBDF21E1D3136C8C1 | Blacked Raw | 02/03/2018 05:19:44 | 02/01/2018 | 02/20/2018 | PA0002104206 |
| 8 | 28F94F30A942C1A433243BEF5077E036528DDAF8 | Blacked Raw | 02/03/2018 05:00:30 | 11/08/2017 | 12/04/2017 | PA0002097993 |
| 9 | 2B1BABC882B4895DC5408D9D21BB65F93F3BEEC8 | Blacked Raw | 09/22/2018 00:15:15 | 08/10/2018 | 09/05/2018 | PA0002135668 |
| 10 | 2D0A58AC281F78D3727962D95C09C7F154AE8142 | Blacked Raw | 02/03/2018 04:49:09 | 01/02/2018 | 01/26/2018 | PA0002101761 |
| 11 | 2D9075EBB1F26DF17BDDA3A97A44F322D12AFCB4 | Blacked Raw | 02/03/2018 04:56:04 | 01/12/2018 | 01/23/2018 | PA0002101755 |
| 12 | 2F73A144B780B7D386C021B9DFCA2C674931DEE8 | Blacked | 03/31/2018 01:43:54 | 03/21/2018 | 04/12/2018 | PA0002091520 |
| 13 | 31148997CD9F0DD687B5322CE359E163DE2BFAA7 | Blacked | 12/28/2017 07:11:12 | 12/26/2017 | 01/24/2018 | PA0002101758 |
| 14 | 32746C698A142D414674E13A5EC1C7491E5C2055 | Blacked | 02/26/2018 02:40:19 | 02/19/2018 | 03/02/2018 | PA0002104735 |
| 15 | 3350AD6ED2ECD3F20CA9BFAB853A3CED164589B0 | Blacked Raw | 09/22/2018 00:09:19 | 08/05/2018 | 09/01/2018 | PA0002119682 |
| 16 | 35F1FF1A35600AEA1A436340DA1944BD3C3A0D3A | Blacked Raw | 09/22/2018 00:14:30 | 07/26/2018 | 09/01/2018 | PA0002119594 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 37169DE42EF502B42C2088D3ECF0802222968CF8 | Blacked Raw | 09/22/2018 00:17:50 | 07/31/2018 | 09/05/2018 | PA0002134603 |
| 18 | 3AF67ADE722E77AF5C23A9FB165F53CADB24E1AC | Blacked Raw | 02/03/2018 05:04:22 | 11/28/2017 | 01/04/2018 | PA0002097446 |
| 19 | 43AF666D13FBC2B12953D257F6CA4935FC3CD7B5 | Blacked Raw | 02/03/2018 04:51:52 | 01/07/2018 | 01/24/2018 | PA0002101759 |
| 20 | 50759CA5CFAA4ED7A53C06CF8F524D21691C6587 | Blacked | 10/05/2017 21:22:47 | 09/27/2017 | 10/10/2017 | PA0002057451 |
| 21 | 57D55CF2E1C375BBFAB76A1226219452189BF550 | Blacked Raw | 02/03/2018 04:57:43 | 12/03/2017 | 01/04/2018 | PA0002097460 |
| 22 | 5D16EC2FE6C9F9FA9F5476C90525208D413532F1 | Blacked | 08/23/2018 23:05:01 | 06/29/2018 | 07/26/2018 | PA0002112160 |
| 23 | 628B68825D76E58E7D4FD13905CECE3D6CAFF612 | Blacked | 08/23/2018 23:03:01 | 08/18/2018 | 09/05/2018 | PA0002135664 |
| 24 | 6671533EE8277923DF4254534389F8630C5BF901 | Blacked | 12/22/2017 01:22:31 | 11/16/2017 | 11/21/2017 | PA0002098042 |
| 25 | 739EB8A76A0350F7CA58F6464551E732BCED35C1 | Blacked Raw | 02/03/2018 05:11:07 | 11/03/2017 | 12/04/2017 | PA0002098024 |
| 26 | 763A6FC5F201546394575CD7601D8C2D7DBD3AE7 | Blacked Raw | 09/22/2018 00:12:58 | 09/04/2018 | 11/01/2018 | 17093718081 |
| 27 | 7AA9EE0B623B3876BDBBB4854D311BA014697009 | Blacked | 12/22/2017 05:08:56 | 11/11/2017 | 11/27/2017 | PA0002098000 |
| 28 | 8380829FBFACEF0EE48B37AF15910E96A5E8329C | Blacked Raw | 02/03/2018 04:51:25 | 12/23/2017 | 01/15/2018 | PA0002099706 |
| 29 | 83B2F9CA22105C972F55D81AEFE628606713A3F4 | Blacked Raw | 09/22/2018 00:13:39 | 08/25/2018 | 10/16/2018 | PA0002127783 |
| 30 | 83E5CC90978D29577233ED709F7716D44CA1DC25 | Blacked | 04/20/2018 03:39:54 | 04/10/2018 | 05/23/2018 | PA0002101304 |
| 31 | 87894E3FA489B812EA1EDF9CCFE61C6FABBFFFED | Blacked | 12/22/2017 05:39:37 | 12/01/2017 | 01/04/2018 | PA0002097436 |
| 32 | 963232B05435B68AAF26F8CA9D942BB02B953191 | Blacked Raw | 02/03/2018 05:16:35 | 11/13/2017 | 11/30/2017 | PA0002098039 |
| 33 | A89525172FC31E96791A5091366B3B562DA0B84A | Blacked Raw | 09/22/2018 00:14:16 | 08/15/2018 | 09/01/2018 | PA0002119585 |
| 34 | A9FF16CDC03C1B6ED730F17446185E2DDDDC0812 | Blacked Raw | 09/22/2018 00:16:10 | 09/09/2018 | 10/16/2018 | PA0002127792 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | BE3C7E08A25F7E1BAB1ADBA3B168C1BF40ABB688 | Blacked Raw | 02/03/2018 05:03:02 | 12/28/2017 | 01/24/2018 | PA0002101763 |
| 36 | BF0780F2FFDA83874CCA51107D499AED2E52AD92 | Blacked Raw | 02/03/2018 05:15:29 | 12/08/2017 | 01/02/2018 | PA0002097423 |
| 37 | C8C2E5C41A5FD8B5D3E13C55DFEE59A6382FD068 | Blacked | 12/22/2017 02:09:31 | 11/26/2017 | 01/04/2018 | PA0002069346 |
| 38 | CD6294A1E374A9314470B69751116A79B32C1E56 | Blacked Raw | 02/03/2018 05:03:58 | 11/18/2017 | 01/02/2018 | PA0002068867 |
| 39 | E10259BB09AFE9410D944641E94048900ADEF0F2 | Blacked | 12/22/2017 01:22:20 | 12/11/2017 | 01/04/2018 | PA0002097429 |
| 40 | F32C31E4B99A1FD318098B5330FCF39BC3CAA4F3 | Blacked | 03/31/2018 03:29:32 | 03/26/2018 | 04/12/2018 | PA0002091525 |